**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| RIVAS SIFONTES, | ) ) ) ) | |
| Petitioner, | ) ) | 3:26-cv-01352 |
| v. | ) ) | |
| ODDO; *et al.*, | ) ) ) | |
| Respondents. | ) ) ) ) | |

**<u>CASE MANAGEMENT ORDER</u>**

AND NOW, this 16th day of July 2026, IT IS HEREBY ORDERED as follows:

1.    **Service**.  The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day.  This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2.    **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3.    **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **10 days** of the date of service. Respondents must specifically address Petitioner's argument that there is "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Responses are limited to **25 pages**, double-spaced.

4.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The reply is limited to **5 pages**, double-spaced.

DATED this 16th day of July, 2026.

BY THE COURT:


/s/ Mark R. Hornak
United States District Judge